# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00134-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Appellant, ) ) ) vs. ) ) ) DAVID L. DAVIS, ) ) Appellee. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Appellant's Notice of Appeal [Doc. 2].

On September 18, 2018, the Honorable Dennis L. Howell, United States Magistrate Judge, entered an Order dismissing Violation Numbers 6469835 and 6469836, each charging the Defendant with a Driving While Intoxicated offense. [Doc. 1-1]. The Government filed a timely Notice of Appeal from the Magistrate Judge's Judgment on October 2, 2018. [Doc. 2].

A timely notice of appeal having been filed, the Court therefore will enter a scheduling order for the briefs on appeal.

**IT IS, THEREFORE, ORDERED** that the Appellant shall file its brief on appeal on or before thirty (30) days from the entry of this Order. The Appellee shall file his brief on or before thirty days (30) from the filing of the Appellant's brief.

**IT IS SO ORDERED**.

Signed: October 8, 2018

Martin Reidinger
United States District Judge